# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2723WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | On Appeal from the United |
| | * | States District Court |
| v. | * | for the Western District |
| | * | of Missouri. |
| | * | |
| Daniel J. Whitt, | * | [Not To Be Published] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 24, 2001

Filed: June 5, 2001

_____

Before LOKEN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

After a hearing, the District Court[1] found that Daniel J. Whitt had violated the conditions of his supervised release, revoked it, and sentenced him to six months imprisonment and one year supervised release. Whitt appeals.

We have reviewed the district court record and appellant's brief. Finding no error, we affirm the judgment of the District Court. When the District Court imposed

---

[1]The Hon. Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

sentence on revocation of supervised release, the punishment selected was less than the statutory maximum, less than the three years of supervised release originally received by the defendant, and at the lower range of the term suggested by the Guidelines, U.S.S.G. § 7B1.4(a).  Violations that Whitt admitted (testing positive for marijuana), standing alone, were sufficient to support the Court's action.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.